# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ABDULLAH ("ABE") FATTAEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:15-cv-09314-JAR-KGG |
| ) | |
| KANSAS STATE UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to D. Kan. 77.2(a)(2), Defendants should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the complaint filed herein. This is the first request for an extension. Defendants' answer or other responsive pleading is originally due February 5, 2016. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before February 19, 2016.

Dated this 4th day of February, 2016.

Clerk of the United States District Court
For the District of Kansas

By: s/ Yolanda Marzett
Deputy Clerk

PREPARED BY:

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT


s/M.J. Willoughby
M.J. Willoughby, No. 14059
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel:  (785) 296-2215
Fax:  (785) 291-3767
Email:  mj.willoughby@ag.ks.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2016, I electronically sent the foregoing **ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION** with the Clerk of the Court *via* email transmission.

I further certify that I mailed the foregoing document by first-class mail, postage prepaid to the following:

Patrick G. Reavey
Kevin Koc
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO  64102

*Attorneys for Plaintiff*

                                                              s/M.J. Willoughby
                                                              M.J. Willoughby