# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ABDULLAH ("ABE") FATTAEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KANSAS STATE UNIVERSITY, and CINDY BONTRAGER, | ) ) ) |
| Defendants. | ) ) ) |

Case No. 2:15-CV-09314-JAR-KGG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), Plaintiff Abdullah ("Abe") Fattaey and Defendants Kansas State University and Cindy Bontrager, by and through the undersigned counsel, hereby stipulate to dismissal of this action with prejudice. Each side is to bear its own costs.

Respectfully submitted,

REAVEY LAW

By:    /s/ Patrick G. Reavey   .
   Patrick G. Reavey KS # 17291
   Kevin C. Koc KS #24953
   Livestock Exchange Building
   1600 Genessee, Suite 303
   Kansas City, MO 64105
   Ph: 816.474.6300
   Fax:816.474.6302
   Email: preavey@reaveylaw.com
   Email: kkoc@reaveylaw.com
   Website: www.reaveylaw.com
   ATTORNEYS FOR PLAINTIFF

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT


s/ Shon Qualseth
Shon D. Qualseth # 18369
Assistant Attorney General/Sr. Trial Counsel
M.J. Willoughby #14059
Assistant Attorney General
Memorial Hall, 120 SW 10th
Topeka, KS 66612
Phone: (785)296-2215
Facsimile: (785)291-3767
Email: Shon.Qualseth@ag.ks.gov
Email: MJ.Willoughby@ag.ks.gov

ATTORNEYS FOR DEFENDANTS